UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH E. LONG,** *et al.*,

    **Plaintiffs,**

v.　　　　　　　　　　　　　　Civil Action 2:13–cv–786
　　　　　　　　　　　　　　　　Judge Watson
　　　　　　　　　　　　　　　　Magistrate Judge King

**STATE FARM INSURANCE,** *et al.*,

    **Defendants.**

## ORDER

On January 15, 2016, the United States Magistrate Judge recommended that this action be dismissed for failure to prosecute. *Report and Recommendation*, ECF No. 36. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, ECF No. 36, is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** for failure to prosecute.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

IT IS SO ORDERED.

                                            /s/ Michael H. Watson
　　　　　　　　　　　　　　　　MICHAEL H. WATSON, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT